UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | DOCKET NO.: 3:10CR282 |
| v. | ) | |
| | ) | **ORDER** |
| SHIRLEY OUTING GRAVES | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Bill of Information numbered above and Summons be unsealed,

**IT IS HEREBY ORDERED** that the Bill of Information and Summons be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 22 day of February, 2011.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE

FILED
CHARLOTTE, NC
FEB 22 2011
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC